UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN CARLOS JARAMILLO-CARDENAS,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 26-1734-RSM

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

This matter comes before the Court on Petitioner Juan Carlos Jaramillo-Cardenas's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  Dkt. #1.  The Court has reviewed the petition and a Return filed by the Government, Dkt. #4, and the remainder of the record.  The parties generally agree as to the core facts of this case and disagree only about the application of law.

Petitioner, a native and citizen of Mexico, entered the United States on September 15, 2005.  On September 11, 2025, after residing in this country for over twenty years, Petitioner was taken into custody by ICE.  ICE agents surrounded a vehicle in which Petitioner was a passenger, claimed to have a warrant, and refused to produce it upon request. Agents acknowledged they were seeking a different individual, but retained Petitioner solely because he lacked lawful immigration status. Petitioner informed agents of his pending T-2 derivative visa application and produced the receipt notice; agents stated it was irrelevant. Petitioner has

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 - 1

remained detained at the Northwest ICE Processing Center in Tacoma, Washington, since that date without a bond hearing.

On September 30, 2025, this Court granted summary judgment to members of a certified Bond Denial Class, defined to include the following individuals:

> All noncitizens without lawful status detained at the Northwest ICE Processing Center who (1) have entered or will enter the United States without inspection, (2) are not apprehended upon arrival, (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the noncitizen is scheduled for or requests a bond hearing.

*Rodriguez Vazquez v. Bostock*, 802 F. Supp. 3d 1297, 1336 (W.D. Wash. 2025). The Court issued the following declaratory relief:

> The Court declares that Bond Denial Class members are detained under 8 U.S.C. § 1226(a) and are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). The Court further declares that the Tacoma Immigration Court's practice of denying bond to Bond Denial Class members on the basis of § 1225(b)(2) violates the Immigration and Nationality Act.

*Id.*

Respondents acknowledge the *Rodriguez Vazquez* decision controls in this case but argue that Petitioner's detention is properly governed by 8 U.S.C. § 1225(b)(2)(A). Dkt. #4 at 1–2. Respondents acknowledge that Petitioner has not yet had a bond hearing and state that the appropriate relief here is a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* at 4 (citing *Rodriguez Vazquez. Castulo-Cerro v. Hermosillo*, No. 2:26-cv-00437-TMC, 2026 WL 395324, at *3 (W.D. Wash. Feb. 12, 2026)).

The Court finds that Petitioner is a member of the Bond Denial Class in *Rodriguez Vazquez*, *supra*, and that the appropriate relief in this case is a new bond hearing.

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 - 2

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Petitioner's habeas petition is GRANTED. The Court ORDERS that Respondent has **until June 30, 2026**, to provide Petitioner notice of a new bond hearing under 8 U.S.C. § 1226(a), at which the Government bears the burden of justifying continued detention by clear and convincing evidence, or, if no such hearing is provided by that deadline, Petitioner shall be released **no later than July 2, 2026**, and not re-detained without adequate notice and a meaningful opportunity to respond.

DATED this 16th day of June, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 - 3